UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

* * * * * * * * * * * * * * * * * * * * *

Nick Nelson,

Plaintiff,

Civil No. 01-1849 (MJD/JGL)

vs.

**STIPULATION TO EXTEND TIME FOR HEARING OF SUMMARY JUDGMENT MOTIONS**

Ellerbe Becket Construction Services, Inc.; Ellerbe Becket Co.; and Ellerbe Becket, Inc.,

Defendants.

* * * * * * * * * * * * * * * * * * * * *

Plaintiff and Defendants, through their respective counsel, hereby consent to an extension of time for the bringing of dispositive motions in the above captioned matter until such date that the Court is able to schedule a hearing on the parties' respective summary judgment motions.

The extension of time is necessary due to the impending cut-off date for dispositive motions of September 1, 2002 and the Court's inability to schedule the summary judgment hearing before September 1, 2000 due to the Court's heavy caseload.

The parties further stipulate and agree that the request for an extension of the dispositive motion deadline may be granted by the Honorable Magistrate Judge Lebedoff without appearance or oral argument.

FILED 8-26-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THE COOPER LAW FIRM, CHARTERED

August 22, 2002.

By ______________________
Stephen W. Cooper (#18788)
800 Ceresota Building
155 Fifth Avenue South
Minneapolis, Minnesota 55401-2526
612-338-3533
*Attorneys for Plaintiff*

COLEMAN, HULL & VAN VLIET, PLLP

August 19, 2002.

By ______________________
William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0001
*Attorneys for Defendants*

*wdh\court\ellerbe17_stip extend time*

SO ORDERED.

August 26, 2002.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge