# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| NICK NELSON, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | U.S. CHIEF U.S. JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-1849 (MJD/JGL) |
| | ) | Date: 4/22/04 |
| ELLERBE BECKET CONSTRUCTION | ) | Court Reporter: N/A |
| SERVICES, INC., et al., | ) | Time Commenced: 1:45 P.M. |
| | ) | Time Concluded: 3:00 P.M. |
| Defendants. | ) | Time in Court: 1 Hours & 15 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: STEVE COOPER

Defendant: BILL HULL; ATTY/CLIENT: MIKE KATZ

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge